THE GOZAN MARU. (Circuit Court of Appeals, Second Circuit. May 1, 1922.) No. 261. Appeal from the District Court of the United States for the Southern District of New York. Libel for loading by the Union Transport Company, Inc., against the steamship Gozan Maru, claimed by I. Saito. Libel dismissed, on the ground that libelant was charged with notice of the charter placing on the charterer the obligation of paying for such services, and libelant appeals. Affirmed. Bullowa & Bullowa, of New York City, for appellant. Haight, Smith, Griffin & Deming, of New York City (John W. Griffin, of New York City, on the brief), for appellee. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

---

THE JAMES HUGHES. (Circuit Court of Appeals, Second Circuit. May 1, 1922.) No. 307. Appeal from the District Court of the United States for the Southern District of New York. Libel for collision by Clarence A. Small and others against the steam tug James Hughes, claimed by the A. S. Hughes Towing & Transportation Company, and James C. Davis, as Director General of Railroads, operating the Cape Cod Canal. From a decree holding the Director General primarily liable, and the tug secondarily liable, the Director General appeals. Affirmed. Alex S. Lyman, of New York City, for appellant. Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for appellees Small and others. Hunter, Mead & Cheyney, of New York City (Horace L. Cheyney, of New York City, of counsel), for claimant of the James Hughes. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

---

LION BONDING & SURETY CO. v. KARATZ. (Circuit Court of Appeals, Eighth Circuit. June 30, 1922.) No. 6007. Appeal from the District Court of the United States for the District of Minnesota. Suit by A. H. Karatz against the Lion Bonding & Surety Company. From the judgment rendered, defendant appeals. Affirmed. Halleck F. Rose, Amos Thomas, and George W. Pratt, all of Omaha, Neb., and Clarence A. Davis, Atty. Gen., of Nebraska, for appellant. Bruce W. Sanborn, William G. Graves, and Samuel G. Ordway, all of St. Paul, Minn., for appellee. Before CARLAND, Circuit Judge, and TRIEBER and MUNGER, District Judges.

PER CURIAM. This is an appeal from the final decree, involving the same questions determined by us in this cause at the December term, 1921, No. 5902 (280 Fed. 532), the opinion filed April 28, 1922, on which an appeal had been taken, under section 129 of the Judicial Code (Comp. St. § 1121), from an interlocutory order appointing a receiver of the assets of appellant. The decree in this cause was rendered and submitted to this court on the same record, as in No. 5902. For the reasons stated in the opinion in No. 5902, the decree is affirmed.